**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN ANTHONY COOPER,** | : | |
| | : | **Case No. 2:18-CV-34** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Vascura** |
| **BRENDA WAMSLEY, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's March 12, 2018, **Report and Recommendation** (ECF No. 4), which recommended that the claims against John and Jane Doe Defendants be **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A for failure to state a claim.

The parties have failed to file any objections, and the deadline for objections (February 26, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on an independent consideration of the analysis therein. The claims against John and Jane Doe Defendants are hereby **DISMISSED**.

**IT IS SO ORDERED.**

        **s/ Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: March 13, 2018**